UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHELE HAWKES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00293-JAW |
| | ) | |
| FRANK BISIGNANO, | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE**

On June 3, 2025, Michele Hawkes filed a complaint, seeking judicial review of the Social Security Administration Commissioner's final determination denying Ms. Hawkes' request for disability benefits. *See Compl.* (ECF No. 1). After the parties submitted briefing, the Court referred the matter to Magistrate Judge Karen Frink Wolf, who heard oral argument on December 9, 2025. *Min. Entry* (ECF No. 22). On June 24, 2026, Magistrate Judge Wolf issued her report and recommended decision, recommending that this Court affirm the Commissioner's decision. *See Report and Recommended Decision* (ECF No. 24). Neither party filed an objection to the recommended decision by the July 8, 2026 deadline. *See id.* at 7.

The Court has reviewed and considered the Magistrate Judge's recommended decision, together with the entire record, and concurs with the Magistrate Judge's conclusions for the reasons set forth in her recommended decision. The Court further determines no additional proceeding is necessary.

Accordingly, the Court AFFIRMS the Social Security Administration Commissioner's final determination and DISMISSES Michele Hawkes' Complaint (ECF No. 1).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 14th day of July, 2026